**Illinois Department of Revenue**

# 2018 Form IL-1040

**Individual Income Tax Return**       or for fiscal year ending _____

*Over 80% of taxpayers file electronically. It is easy and you will get your refund faster. Visit tax.illinois.gov.*

## Step 1: Personal Information

**A** Enter personal information and Social Security numbers. You must provide the entire Social Security number for you and your spouse. Do not provide a partial Social Security number.

Michelle R
Your first name and initial

Hernandez
Your last name

Your Social Security number

Spouse's first name and initial

Spouse's last name

Spouse's Social Security number

5651 N. Ozark ave
Mailing address (See instructions if foreign address)

Apartment number

Chicago
City

IL
State

60631
ZIP or Postal Code

Foreign Nation, if not United States (do not abbreviate)

**B** Filing status: ☒ Single or head of household  ☐ Married filing jointly  ☐ Married filing separately  ☐ Widowed

**C** Check if someone can claim you, or your spouse if filing jointly, as a dependent. See instructions. ☐ You  ☐ Spouse

**D** Check the box if this applies to you during 2018: ☐ Nonresident - Attach Sch. NR   ☐ Part-year resident - Attach Sch. NR.

## Step 2: Income
_(Whole dollars only)_

| | | |
|---|---|---|
| 1 Federal adjusted gross income from your federal Form 1040, Line 7. | 1 | 114,091.00 |
| 2 Federally tax-exempt interest and dividend income from your federal Form 1040, Line 2a. | 2 | .00 |
| 3 Other additions. **Attach Schedule M.** | 3 | .00 |
| 4 **Total income.** Add Lines 1 through 3. | 4 | 114,091.00 |

## Step 3: Base Income

| | | |
|---|---|---|
| 5 Social Security benefits and certain retirement plan income received if included in Line 1. **Attach Page 2 of federal return.** | 5 | .00 |
| 6 Illinois Income Tax overpayment included in federal Form 1040, Schedule 1, Ln. 10. | 6 | .00 |
| 7 Other subtractions. **Attach Schedule M.** | 7 | .00 |
| Check if Line 7 includes any amount from Schedule 1299-C. ☐ | | |
| 8 Add Lines 5, 6, and 7. This is the total of your subtractions. | 8 | .00 |
| 9 **Illinois base income.** Subtract Line 8 from Line 4. | 9 | 114,091.00 |

## Step 4: Exemptions

| | | |
|---|---|---|
| 10 a Enter the exemption amount for yourself and your spouse. See instructions. | a | 2,225.00 |
| b Check if 65 or older: ☐ You + ☐ Spouse  # of checkboxes ___ X $1,000 = | b | .00 |
| c Check if legally blind: ☐ You + ☐ Spouse  # of checkboxes ___ X $1,000 = | c | .00 |
| d If you are claiming dependents, enter the amount from Schedule IL-E/EIC, Step 2, Line 1. **Attach Schedule IL-E/EIC.** | d | 2,225.00 |
| **Exemption allowance.** Add Lines a through d. | 10 | 4,450.00 |

## Step 5: Net Income and Tax

| | | |
|---|---|---|
| 11 *Residents:* **Net Income.** Subtract Line 10 from Line 9. *Nonresidents and part-year residents:* Enter the Illinois net income from Schedule NR. **Attach Schedule NR.** | 11 | 109,641.00 |
| 12 *Nonresidents:* Multiply Line 11 by 4.95% (.0495). Cannot be less than zero. *Nonresidents and part-year residents:* Enter the tax from Schedule NR. | 12 | 5,427.00 |
| 13 Recapture of investment tax credits. **Attach Schedule 4255.** | 13 | 0.00 |
| 14 **Income tax.** Add Lines 12 and 13. Cannot be less than zero. | 14 | 5,427.00 |

## Step 6: Tax After Nonrefundable Credits

| | | |
|---|---|---|
| 15 Income tax paid to another state while an Illinois resident. **Attach Schedule CR.** | 15 | .00 |
| 16 Property tax and K-12 education expense credit amount from Schedule ICR. **Attach Schedule ICR.** | 16 | 750.00 |
| 17 Credit amount from Schedule 1299-C. **Attach Schedule 1299-C.** | 17 | .00 |
| 18 Add Lines 15, 16, and 17. This is the total of your credits. Cannot exceed the tax amount on Line 14. | 18 | 750.00 |
| 19 **Tax after nonrefundable credits.** Subtract Line 18 from Line 14. | 19 | 4,677.00 |

## Step 7: Other Taxes

| | | |
|---|---|---|
| 20 Household employment tax. See instructions. | 20 | .00 |
| 21 Use tax on internet, mail order, or other out-of-state purchases from UT Worksheet or UT Table in the instructions. **Do not leave blank.** | 21 | 0.00 |
| 22 Compassionate Use of Medical Cannabis Pilot Program Act Surcharge. | 22 | .00 |
| 23 **Total Tax.** Add Lines 19, 20, 21, and 22. | 23 | 4,677.00 |

IL-1040 Front (R-12/18)   ID: 2D3

This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of this information is required. Failure to provide information could result in a penalty.

Printed by authority of the State of Illinois, Web only, 1.



**Michelle R Hernandez**

| | | |
|---|---|---|
| 24 Total tax from Page 1, Line 23. | 24 | 4,677.00 |

**Step 8: Payments and Refundable Credit**

| | | |
|---|---|---|
| 25 Illinois Income Tax withheld. **Attach Schedule IL-WIT.** | 25 | 4,217.00 |
| 26 Estimated payments from Forms IL-1040-ES and IL-505-I, including any overpayment applied from a prior year return. | 26 | .00 |
| 27 Pass-through withholding. **Attach Schedule K-1-P or K-1-T.** | 27 | .00 |
| 28 Earned Income Credit from Schedule IL-E/EIC, Step 4, Line 8. **Attach Schedule IL-E/EIC.** | 28 | .00 |
| 29 Total payments and refundable credit. Add Lines 25 through 28. | 29 | 4,217.00 |

**Step 9: Total**

| | | |
|---|---|---|
| 30 If Line 29 is greater than Line 24, subtract Line 24 from Line 29. | 30 | 0.00 |
| 31 If Line 24 is greater than Line 29, subtract Line 29 from Line 24. | 31 | 460.00 |

**Step 10: Underpayment of Estimated Tax Penalty and Donations - Only complete Step 10 for late-payment penalty for underpayment of estimated tax or to make a voluntary charitable donation.**

| | | |
|---|---|---|
| 32 Late-payment penalty for underpayment of estimated tax. | 32 | .00 |
|   a ☐ Check if at least two-thirds of your federal gross income is from farming. | | |
|   b ☐ Check if you or your spouse are 65 or older and permanently living in a nursing home. | | |
|   c ☐ Check if your income was not received evenly during the year and you annualized your income on Form IL-2210. Attach Form IL-2210. | | |
|   d ☐ Check if you were not required to file an Illinois Individual Income Tax return in the previous tax year. | | |
| 33 Voluntary charitable donations. **Attach Schedule G.** | 33 | .00 |
| 34 Total penalty and donations. Add Lines 32 and 33. | 34 | .00 |

**Step 11: Refund**

| | | |
|---|---|---|
| 35 If you have an amount on Line 30 and this amount is greater than Line 34, subtract Line 34 from Line 30. This is your **overpayment.** | 35 | 0.00 |
| 36 Amount from Line 35 you want **refunded to you.** Check one box on Line 37. See instructions. | 36 | 0.00 |

37 I choose to receive my refund by

  a ☐ **direct deposit** - Complete the information below if you check this box.

> Routing number _____   ☐ Checking or ☐ Savings
> Account number _____

  b ☐ **Illinois Individual Income Tax refund debit card.**

  c ☐ **paper check.**

| | | |
|---|---|---|
| 38 Amount to be **credited forward.** Subtract Line 36 from Line 35. See instructions. | 38 | .00 |

**Step 12: Amount You Owe**

| | | |
|---|---|---|
| 39 If you have an amount on Line 31, add Lines 31 and 34. **- or -** If you have an amount on Line 30 and this amount is less than Line 34, subtract Line 30 from Line 34. This is the **amount you owe.** See instructions. | 39 | 460.00 |

**Step 13:** If this is a joint return, both you and your spouse must sign below.

Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| Sign Here | *Hernandez* 11/1/19 | | | (773) 663-8927 |
|---|---|---|---|---|
| | Your signature | Date (mm/dd/yyyy) | Spouse's signature | Date (mm/dd/yyyy) | Daytime phone number |

| Paid Preparer Use Only | | | | ☐ Check if self-employed | |
|---|---|---|---|---|---|
| | Print/Type paid preparer's name | Paid preparer's signature | Date (mm/dd/yyyy) | | Paid Preparer's PTIN |
| | Firm's name ▶ | | Firm's FEIN ▶ | | |
| | Firm's address ▶ | | Firm's phone ▶ | | |

| Third Party Designee | Designee's name (please print) | Designee's phone number | ☐ Check if the Department may discuss this return with the third party designee shown in this step. |
|---|---|---|---|

If no payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62719-0001

If payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62726-0001



IL-1040 Back (R-12/18) ID: 20S          DR _____ AP _____     RR   DC   IR   ID

# 2018 Schedule IL-E/EIC   Illinois Exemption and Earned Income Credit

**Attach to your Form IL-1040**

IL Attachment No. 30

## Read this information first

Complete this schedule only if you are claiming dependents or are eligible for the Illinois Earned Income Credit. If you fraudulently claim the Earned Income Credit, you may not be allowed to claim the credit for up to ten years. You also may have to pay penalties.

You must have claimed the federal Earned Income Credit in order to claim the Illinois Earned Income Credit. The total amount of Illinois Earned Income Credit may exceed the amount of tax.

*Note* If claiming the Illinois Earned Income Credit, you must attach a copy of pages 1 and 2 of your federal Form 1040 to this schedule.

## Step 1: Provide the following information

**Michelle R Hernandez**
Your name as shown on your Form IL-1040          Your Social Security number

## Illinois Dependent Exemption Allowance
### Step 2: Dependent Information

Complete the table for each person you are claiming as a dependent. Report any additional dependents in Table A on the back of this schedule.

| Dependent's first name | Dependent's last name | Social Security number | Dependent's relationship to you | Dependent's date of birth (mm/dd/yyyy) | Full time student | Person with disability | Number of months living with you | Eligible for Earned Income Credit |
|---|---|---|---|---|---|---|---|---|
| A | B | H | Son | ▶ | [X] | [ ] | 12 | [X] |
| | | | | | [ ] | [ ] | 0 | [ ] |
| | | | | | [ ] | [ ] | 0 | [ ] |

**1** Multiply the total number of dependents being claimed here and on Table A by $2,225. **1** X $2,225
Enter the result here and on Form IL-1040, Line 10d.    **1** _____ **2,225** .00

## Illinois Earned Income Credit

Complete this section **only** if you qualify for the Illinois Earned Income Credit. Attach a copy of federal Form 1040, Pages 1 and 2.

*Note* If you are not claiming a qualifying child, do not complete the table below.

## Step 3: Qualifying Child Information

Complete the table for qualifying children that are not included in Step 2. Report any additional qualifying children in Table B on the back of this schedule.

| Child's first name | Child's last name | Social Security number | Child's relationship to you | Child's date of birth (mm/dd/yyyy) | Full time student | Person with disability | Number of months living with you |
|---|---|---|---|---|---|---|---|
| | | | | | [ ] | [ ] | 0 |
| | | | | | [ ] | [ ] | 0 |
| | | | | | [ ] | [ ] | 0 |

**1** Enter your wages, salaries and tips from your federal Form 1040, Line 1.    **1** _____ .00

**2** Enter your business income or (loss) from your federal Form 1040, Schedule 1, Line 12. **If you report**    **2** _____ .00
an amount on Line 2, you must answer the question in Line 2a below.

**2a** Does your occupation require a city, state, or county issued professional license, registration, or certification?    **2a** Yes [ ]   No [ ]

**2b** If you answered "**Yes**" to Line 2a, you must enter the name of the issuing agency and your license, registration,
or certification number. Report additional licenses, registrations, or certifications in Table C on the back of this schedule.

**2b** _____          _____
(Name of issuing agency)                    (License, registration, or certification number)

IL-1040 Schedule IL-E/EIC Front (R-12/18) ID: 2DS
Printed by authority of the State of Illinois, IL

This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of this information is required. Failure to provide information could result in a penalty.

**Michelle R Hernandez**

3  If you are filing your 2018 federal return as married filing jointly but are filing your 2018 Illinois return as married filing separately, enter your federal adjusted gross income (AGI) from your married filing jointly federal Form 1040, Line 7.   **3** _____ .00

3a  If you entered an amount on Line 3, enter your spouse's Social Security number from your married filing jointly federal return.   **3a** _____

4  Is the statutory employee box marked on your W-2, Wage and Tax Statement, Box 13?   **4**   Yes ☐   No ☐

## Step 4: Figure your Illinois Earned Income Credit

5  Enter the amount of federal Earned Income Credit from your federal Form 1040, Line 17a.   **5** _____ .00

6  Multiply the amount on Line 5 by 18% (.18).   **6** _____ .00

7  Illinois residents: Enter 1.0.
   Nonresidents and part-year residents: Enter the decimal from Schedule NR, Line 48.   **7**   1.0000

8  Multiply Line 6 by the decimal on Line 7. This is your Illinois Earned Income Credit.
   Enter this amount here and on your Form IL-1040, Line 28.   → **8** _____ .00

*Remember: Intentionally submitting false information is a crime under Section 1301 of the Illinois Income Tax Act*

## Schedule IL-E/EIC Table A - Additional Dependent Information

Complete this table to report additional dependents from Step 2.

| Dependent's first name | Dependent's last name | Social Security number | Dependent's relationship to you | Dependent's date of birth (mm/dd/yyyy) | Full time student | Person with disability | Number of months living with you | Eligible for Earned Income Credit |
|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ | ☐ | 0 | ☐ |
| | | | | | ☐ | ☐ | 0 | ☐ |
| | | | | | ☐ | ☐ | 0 | ☐ |
| | | | | | ☐ | ☐ | 0 | ☐ |
| | | | | | ☐ | ☐ | 0 | ☐ |

## Schedule IL-E/EIC Table B - Additional Qualifying Children Information

Complete this table to report additional qualifying children from Step 3.

| Child's first name | Child's last name | Social Security number | Child's relationship to you | Child's date of birth (mm/dd/yyyy) | Full time student | Person with disability | Number of months living with you |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Schedule IL-E/EIC Table C - Additional Licenses, Registrations, or Certifications

Complete this table to report additional information from Step 3, Line 2b.

| Issuing Agency | License, Registration, or Certification Number |
|---|---|
| | |
| | |
| | |

IL-1040 Schedule IL-E/EIC Back (R-12/18) ID: 2DS

**Illinois Department of Revenue**

# 2018 Schedule ICR Illinois Credits

Attach to your Form IL-1040

IL Attachment No. 23

## Read this information first

Complete this schedule only if you are eligible for the
* **Illinois Property Tax Credit**
* **K-12 Education Expense Credit**

* You must complete Form IL-1040 through Line 14 and Schedule CR, if applicable, before completing this schedule.
* The total amount of Illinois Property Tax Credit and K-12 Education Expense Credit cannot exceed tax.

## Step 1: Provide the following information

**Michelle R Hernandez**
Your name as shown on your Form IL-1040

Your Social Security number

## Step 2: Figure your nonrefundable credit

| | | |
|---|---|---|
| 1 | Enter the amount of tax from your Form IL-1040, Line 14. | 1 __5,427.00__ |
| 2 | Enter the amount of credit for tax paid to other states from your Form IL-1040, Line 15. | 2 __.00__ |
| 3 | Subtract Line 2 from Line 1. | 3 __5,427.00__ |

### Section A – Illinois Property Tax Credit (See instructions for directions on how to obtain your property number)

4 a Enter the total amount of Illinois Property Tax paid during the
tax year for the real estate that includes your principal residence. 4a __.00__

b Enter the county and property number for the property listed above.
4b _____ _____
   County          Property number

c Enter the county and property number for an adjoining lot, if included in Line 4a.
4c _____ _____
   County          Property number

d Enter the county and property number for another adjoining lot, if included in Line 4a.
4d _____ _____
   County          Property number

e Enter the portion of your tax bill that is deductible as a business
expense on U.S. income tax forms or schedules, even
if you did not take the federal deduction. 4e __.00__

f Subtract Line 4e from Line 4a. 4f __.00__

g Multiply Line 4f by 5% (.05). 4g __.00__

5 Compare Lines 3 and 4g, and enter the lesser amount here. 5 __.00__

6 Subtract Line 5 from Line 3. 6 __5,427.00__

### Section B - K-12 Education Expense Credit

**Note** You must complete the **K-12 Education Expense Credit Worksheet** on the back
of this schedule and **attach** any receipt(s) you received from your student's school to claim
an education expense credit.

7 a Enter the total amount of K-12 education expenses from Line 11
of the worksheet on the back of this schedule. 7a __17,000.00__

b You may not take a credit for the first $250 paid. 7b __250.00__

c Subtract Line 7b from Line 7a. If the result is negative, enter "zero." 7c __16,750.00__

d Multiply Line 7c by 25% (.25). Compare the result and $750, and
enter the lesser amount here. 7d __750.00__

8 Compare Lines 6 and 7d, and enter the lesser amount here. 8 __750.00__

### Section C - Total Nonrefundable Credit

9 Add Lines 5 and 8. This is your nonrefundable credit amount. Enter this amount on
Form IL-1040, Line 16. ➜ 9 __750.00__

IL-1040 Schedule ICR Front (R-12/18) ID: 2DS
Printed by authority of the State of Illinois—web only, 1.

This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of this information is required. Failure to provide information could result in a penalty.



Michelle R. Hernandez

## K-12 Education Expense Credit Worksheet

**Note** You must complete this worksheet and attach any receipt(s) you received from your student's school to claim an education expense credit.

10 Complete the following information for each of your qualifying students. If a student attended more than one qualifying school during the calendar year, please list separately. If you need more space, attach a separate piece of paper following this format.

| A Student's name | B Social Security number | C Grade (K-12 only) | D School name (K-12 schools only or enter "home school" if applicable) | E School city (IL cities only) | F School type (check only one) P = Public N = Non-public H = Home school | | | G Total tuition, book/lab fees |
|---|---|---|---|---|---|---|---|---|
| a Hernandez | | 12 | NOTRE DAME COLLEGE PR | NILES | ☐ P | ☒ N | ☐ H | 8,500 |
| b Hernandez | | 12 | NOTRE DAME COLLEGE P | NILES | ☐ P | ☒ N | ☐ H | 8,500 |
| c | | | | | ☐ P | ☐ N | ☐ H | |
| d | | | | | ☐ P | ☐ N | ☐ H | |
| e | | | | | ☐ P | ☐ N | ☐ H | |
| f | | | | | ☐ P | ☐ N | ☐ H | |
| g | | | | | ☐ P | ☐ N | ☐ H | |
| h | | | | | ☐ P | ☐ N | ☐ H | |
| i | | | | | ☐ P | ☐ N | ☐ H | |
| j | | | | | ☐ P | ☐ N | ☐ H | |

11 Add the amounts in Column G for Lines 10a through 10j (and the amounts from Column G of any additional pages you attached). This is the total amount of your qualified education expenses for this year. Enter this amount here and on Step 2, Line 7a of this schedule. ⟶ 11 ___17,000.00___

IL-1040 Schedule ICR Back (R-12/18) ID-2305

Warning: Intentionally submitting false information is a crime under Section 1301 of the Illinois Income Tax Act



**Illinois Department of Revenue**

# Schedule IL-WIT  Illinois Income Tax Withheld

**12 / 2018**
Tax year ending

Attach to your Form IL-1040. If you have more than five withholding forms, complete multiple copies of this schedule.

IL Attachment No. 31

Use the reference for Column A shown in the chart below.

| Form Type | Letter Code for Column A | Form Type | Letter Code for Column A |
|-----------|--------------------------|-----------|--------------------------|
| W-2 | W | 1099-DIV | D |
| W-2G | WG | 1099-INT | I |
| 1099-R | R | 1042-S | S |
| 1099-G | G | 1099-B | B |
| 1099-MISC | M | 1099-K | K |
| 1099-OID | O | | |

## Step 1: Provide your withholding records (includes all W-2 and 1099 forms)

Michelle R Hernandez

Your name as shown on Form IL-1040

Your Social Security number

| | Column A Form type | Column B Employer/Payer Identification Number | Column C Federal Wages, Winnings, Gross Distributions, Compensation, etc. | Column D Illinois Wages, Winnings, Gross Distributions, Compensation, etc. | Column E Illinois Income Tax Withheld |
|---|---|---|---|---|---|
| 1 | W | | $ 91,478.00 | $ 91,478.00 | $ 3,840.00 |
| 2 | WG | | $ 6,000.00 | $ .00 | $ 297.00 |
| 3 | WG | | $ 1,610.00 | $ .00 | $ 80.00 |
| 4 | | | $ .00 | $ .00 | $ .00 |
| 5 | | | $ .00 | $ .00 | $ .00 |

## Step 2: Provide spouse's withholding records (includes all W-2 and 1099 forms)

Your spouse's name as shown on Form IL-1040

Your spouse's Social Security number

| | Column A Form type | Column B Employer/Payer Identification Number | Column C Federal Wages, Winnings, Gross Distributions, Compensation, etc. | Column D Illinois Wages, Winnings, Gross Distributions, Compensation, etc. | Column E Illinois Income Tax Withheld |
|---|---|---|---|---|---|
| 6 | | | $ .00 | $ .00 | $ .00 |
| 7 | | | $ .00 | $ .00 | $ .00 |
| 8 | | | $ .00 | $ .00 | $ .00 |
| 9 | | | $ .00 | $ .00 | $ .00 |
| 10 | | | $ .00 | $ .00 | $ .00 |

## Step 3: Total Illinois withholding

**11** Add the amounts in Column E for Lines 1 through 10 (and the amounts from Column E of any additional copies you attached). This is the total amount of your Illinois income tax withheld.

Enter this amount here and on Form IL-1040, Line 25.

**11** $ 4,217.00

→ **Attach all Schedules IL-WIT to your IL-1040.** ←

IL-1040 Schedule IL-WIT Front (N-12/18)
Printed by authority of the State of Illinois—web only. 1.
ID: 2DS





This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of this information is required. Failure to provide information could result in a penalty.

**Illinois Department of Revenue**

**2018 IL-1040-V**   ID: IDS

(R-12/18) **Payment Voucher for Individual Income Tax**

Your payment is due April 15, 2019.

Your Social Security number        Spouse's Social Security number

$ _____ 460.00

Payment amount

Make your check payable to and mail to
**ILLINOIS DEPARTMENT OF REVENUE**
**SPRINGFIELD IL 62726-0001**

**Michelle R Hernandez**
**5651 N, Ozark ave**
**Chicago, IL 60631**

*Write your Social Security number(s) on your check.*



104081218 1 2 344702316 3 08051814 1 000046000